IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3074 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN FRANCISCO LASTRA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved for new counsel, explaining he is dissatisfied with his current counsel (sealed filing no. 21).  The above-named defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

(1)     The defendant's motion to appoint new counsel (filing no. 21) is granted.   The clerk shall delete Mr. Lunn from any future ECF notifications herein.

(2)     The clerk shall forward this memorandum and order to the Federal Public Defender.

(3)     The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.  The court recommends appointment of an "A" panel attorney for defendant.

(4)     The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

September 26, 2012                    BY THE COURT:



*s/ Cheryl R. Zwart*
United States Magistrate Judge