IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:12CR3074 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOHN FRANCISCO LASTRA, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Revocation Hearing (filing 80) is granted.

2. Defendant John Francisco Lastra's violation of supervised release hearing is continued to May 31, 2019, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 12th day of March, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge