IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3074 |
| vs. | |
| JOHN FRANCISCO LASTRA, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The arrest warrant (filing 95) issued on July 21, 2019 is recalled.

2. The Clerk of the Court shall immediately provide a copy of this order to the United States Marshal.

Dated this 24th day of July, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge